

DIRECT DIAL NUMBER:                                              Marjorie M. Obod
(215) 575-7015                                                  mobod@dilworthlaw.com

March 12, 2026

<u>**VIA ECF**</u>

The Honorable Joel H. Slomsky
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      **Re:   Heather Mizrachi v. The School District of Philadelphia, 25-cv-1681**

Dear Judge Slomsky:

      Counsel for Plaintiff Heather Mizrachi ("Dr. Mizrachi" or "Plaintiff") and The School District of Philadelphia (the "School District" or "Defendant") submit this joint letter in the above-captioned matter to request a conference to address a dispute regarding document production deadlines that has arisen during the discovery process.

      The parties have worked cooperatively throughout discovery process and engaged in multiple good faith meet-and-confers. While these discussions have resolved many issues, the parties reached an impasse on the timeline for the School District's document production.

      By way of background, the Court most recently extended the deadlines for document production to February 27, 2026 and fact discovery to May 15, 2026. (ECF No. 29). Due to the volume of documents requiring review, and related issues, the School District requested an additional extension of the document production deadline. Plaintiff agreed to an extension in concept, and proposed a deadline of March 31, 2026. However, the School District advised that it could not complete its production by the proposed deadline and requested until June 30, 2026. Despite continued discussions, the parties have been unable to reach an agreement on the timeline.

      Should the Court find it helpful, the parties are also prepared to provide additional background regarding the discovery process to date, including their meet-and-confer efforts and the circumstances that have impacted the timing of document production.

The Honorable Joel H. Slomsky
March 12, 2026
Page 2

       In light of these issues, and pursuant to Your Honor's procedures, the parties respectfully request a brief conference with the Court in hopes of timely resolving this dispute and allowing discovery to proceed in a more efficient manner based on the resources and issues involved. The parties are available at the Court's convenience.

Respectfully submitted,

/s/ *Marjorie M. Obod*

Marjorie M. Obod

/s/ *Marc Cytryn*

Marc Cytryn