**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| Heather Mizrachi | : | |
| | : | |
| v. | : | CASE NO. 25cv1681 |
| | : | |
| School District of Philadelphia | : | |
| | : | |

**O R D E R**

AND NOW, this 13th day of July, 2026, it is hereby ORDERED that the settlement conference scheduled in this matter for July 21, 2026, is HEREBY CANCELED and will be rescheduled.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE